David J. McLean
**LATHAM & WATKINS LLP**
One Newark Center, 16th Floor
Newark, New Jersey 07101-3174
Telephone: +1.973.639.1234
Facsimile: +1.973.639.7298
*Attorneys for Defendant*
*Ernst & Young LLP*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE STATE OF NEW JERSEY, DEPARTMENT OF TREASURY, DIVISION OF INVESTMENT,<br><br>                      Plaintiff,<br>   v.<br><br>RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, ERIN CALLAN, IAN LOWITT, DAVID GOLDFARB, HERBERT H. MCDADE, III, THOMAS RUSSO, MARK WALSH, MICHAEL AINSLIE, JOHN F. AKERS, ROGER S. BERLIND, THOMAS H. CRUIKSHANK, MARSHA JOHNSON EVANS, CHRISTOPHER GENT, ROLAND A. HERNANDEZ, HENRY KAUFMAN, JOHN D. MACOMBER, and ERNST & YOUNG LLP,<br><br>                      **Defendants.** | **Civil Action No. 3:09-cv-01629-AET-LHG**<br><br>NOTICE OF APPEARANCE |

To: The Clerk of the Court and All Counsel of Record

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for

Defendant Ernst & Young LLP.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member in good standing of the bar of this Court.

        Respectfully submitted,

        LATHAM & WATKINS LLP

        By  s/   David J. McLean
            David J. McLean
            Attorneys for Defendant
            Ernst & Young LLP

Dated:  April 8, 2009